IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 4:02cr45-SPM

DARRON MARSHALL,

     Defendant.
_____/

## **ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 411) to modify sentence under the retroactive crack cocaine amendment (Amendment 750) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 412).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is

**ORDERED AND ADJUDGED** that the motion to modify sentence (doc. 411) is **denied**.

DONE AND ORDERED this 13th day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge